7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Marcia Estell Lindsay
*Debtor*

*Bankruptcy Case No.*
12–60117–abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
12–06040–abf

v.

**Marcia Estell Lindsay**
   Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Marcia Estell Lindsay is Denied her Bankruptcy Discharge of Debt.



Ann Thompson
Court Executive

By: /s/ Dawn Evilsizer
    Deputy Clerk

Date of issuance: 10/16/12

Court to serve